No. 388. PROGRESSIVE BUILDERS, INC., v. DISTRICT OF COLUMBIA. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Emanuel Harris* and *Bernard J. Gallagher* for petitioner. *Chester H. Gray, Milton D. Korman* and *Hubert B. Pair* for respondent.

No. 374. HARMON v. HARMON. District Court of Appeal of California, Second Appellate District. Certiorari denied. Petitioner *pro se. Edmund G. Brown,* Attorney General of California, and *Clarence A. Linn,* Chief Assistant Attorney General, for respondent.

No. 375. CIVIL AERONAUTICS BOARD v. ALASKA AIRLINES, INC., ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Solicitor General Rankin, Assistant Attorney General Hansen, Charles H. Weston, Franklin M. Stone* and *O. D. Ozment* for petitioner. *John E. Stephen, Daniel M. Gribbon, Robert L. Randall* and *George Lapham* for respondents.

No. 376. IN RE TEITELBAUM. Supreme Court of Illinois. Certiorari denied. *Abraham Teitelbaum, pro se. Charles Leviton, pro se,* filed a brief in opposition to the petition for a writ of certiorari.

No. 379. BAUM, ADMINISTRATRIX, v. BALTIMORE & OHIO RAILROAD CO. C. A. 7th Cir. Certiorari denied. *Justin Waitkus* for petitioner. *Charles G. Bomberger* and *John L. Rogers, Jr.* for respondent.